1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**

7 **EASTERN DISTRICT OF CALIFORNIA**

8 **FRESNO DIVISION**

| | |
|---|---|
| 9 MARSELLE NIKKEL, | CASE NO.: 1:18-cv-01447-LJO-BAM |
| 10        Plaintiff, | **ORDER GRANTING** |
| 11 | **STIPULATION TO PERMIT** |
| | **BRIEFING RE: AUGMENTATION** |
| 12 v. | **OF THE ADMINISTRATIVE** |
| 13 | **RECORD WITHIN THE PARTIES'** |
| | **TRIAL BRIEFS** |
| 14 UNITED OF OMAHA LIFE | |
| INSURANCE COMPANY, | **Opening Brief Due: September 16, 2019** |
| 15 | |
|        Defendant. | **Trial Date: October 30, 2019** |
| 16 | **Judge:**     Lawrence J. O'Neal |
| 17 |               Article III Judge |

18       Based upon the Stipulation of the Parties, IT IS HEREBY ORDERED that

19 briefing regarding the admissibility of Plaintiff's SSDI award and file will be

20 included in their trial briefs and will not be brought by separate motion.

21 IT IS SO ORDERED.

22
    Dated:   **February 15, 2019**         **/s/ Lawrence J. O'Neill**

23                                   UNITED STATES CHIEF DISTRICT JUDGE

24
25
26
27
28